IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WELLS FARGO BANK, N.A.                                                                                    PLAINTIFF

v.                                              NO. 4:10CV01448 JLH

MARIO JOSE HODGSON                                                                                    DEFENDANT

## ORDER OF DISMISSAL

On April 12, 2011, the Court received the attached correspondence from counsel reflecting that defendant filed for Chapter 7 Bankruptcy on January 28, 2011, in the United States Bankruptcy Court in the Eastern District of Arkansas, thereby invoking the stay provisions of 11 U.S.C. § 362.

IT IS THEREFORE ORDERED that the Clerk is directed to terminate this case administratively. If any party wishes to have the Court reopen this action, a motion to that effect must be filed within 30 days after the stay imposed by virtue of defendant's bankruptcy petition is no longer in effect. If no party files a motion to reopen the case within 30 days after the stay is no longer in effect, this administrative termination will *ipso facto* become a dismissal with prejudice.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE



Re: Wells Fargo v. Hodgson; Case No. 4:10CV1448 JLH
Josh Sanford
to:
Cory_Wilkins@ared.uscourts.gov
04/12/2011 09:11 AM
Cc:
"nicholslaw@windstream.net"
Show Details

Defendant filed for relief under Chapter 7 of the US Bankruptcy code. I think the parties have assumed that the automatic stay precluded any activity in this case.

If I am mistaken, please advise.

Josh Sanford
Attorney at Law

Sanford Law Firm, PLLC
Offices in Little Rock and Russellville
Email: josh@sanfordlawfirm.com

One Financial Center
650 South Shackleford, Suite 400
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Website: www.sanfordlawfirm.com

This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 USC 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (479) 880-0088 or by return e-mail and delete the message and any attachments.

On Apr 12, 2011, at 8:54 AM, Cory_Wilkins@ared.uscourts.gov wrote:

> Pursuant to the Initial Scheduling Order entered on January 28, 2011, the parties' Rule 26(f) Report was due by April 1, 2011. At this time, it does not appear as though the report has been filed. Please let me know if I can be of further assistance.
>
> Thank you.
>
> Cory Wilkins
> Courtroom Deputy to
> U.S. District Judge J. Leon Holmes

# NICHOLS & CAMPBELL, P.A.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

212 CENTER STREET • SUITE 700

LITTLE ROCK, ARKANSAS 72201

MARK W. NICHOLS
H. GREGORY CAMPBELL*

*Also Licensed in Texas

Telephone:
(501) 372-5659
Facsimile:
(501) 374-8657
E Mail:
nicholslaw@windstream.net

April 12, 2011

The Honorable J. Leon Holmes
Chief Judge
Attn: Cory Wilkins
U.S. District Court
Eastern District of Arkansas
500 W. Capitol, Rm. D469
Little Rock, AR 72201

Re: Wells Fargo Bank, N.A. v. Mario Jose Hodgson
U.S. District Court, Eastern District of AR
No. 4:10-cv-1448 JLH

Dear Mr. Wilkins:

In response to your inquiry regarding the Rule 26(f) Report which was due on April 1, 2011, I am attaching a copy of the Notice of Chapter 7 Bankruptcy which was filed by the Defendant on or about January 28, 2011. Plaintiff has taken no further action in the above mentioned matter pursuant to the Automatic Stay.

Plaintiff has entered its appearance in the Bankruptcy proceeding, and is currently awaiting the 341 meeting of creditors which is scheduled for April 19, 2011.

Thank you for your attention to this matter. Please let me know if you need anything further.

Sincerely,

H. Gregory Campbell

HGC/cm
Enclosure
CC: Josh Sanford

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)      Case Number 4:11-bk-10536

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Arkansas

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/28/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mario Jose Hodgson | Mary Catherine Hodgson<br>aka Cathy Hodgson |

| Case Number:<br>4:11-bk-10536<br>Judge: Audrey R. Evans | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|

| Attorney for Debtor(s) (name and address):<br>Josh Sanford<br>SANFORD LAW FIRM, PLLC<br>303 West Main Street<br>P.O. Box 39<br>Russellville, AR 72811<br>Telephone number: (479) 880-0088 | Bankruptcy Trustee (name and address):<br>M. Randy Rice<br>U.S. Bankruptcy Trustee<br>523 S. Louisiana, Ste. 300<br>Little Rock, AR 72201-5771<br>Telephone number: (501) 374-1019 |
|---|---|

### Meeting of Creditors
Important notice to individual debtors: Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date: **March 15, 2011**     Time: **08:30 AM**
Location: **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor – Rm 1210, Little Rock, AR 72201**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/16/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501-918-5500 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 1/31/11 |

015819         53204015834014